UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

NATASHA A BROOMFIELD

Debtor(s)

Case No. 14-41915

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/20/2014.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 03/31/2015.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $1,025.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $1,025.00

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $832.85 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $47.15 |
| Other | $25.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $905.00

Attorney fees paid and disclosed by debtor:       $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICASH LOANS LLC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ARM | Unsecured | 415.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | 680.00 | 305.00 | 305.00 | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 1,275.46 | NA | NA | 0.00 | 0.00 |
| BLUE CHIP CASINO | Unsecured | 145.00 | 125.00 | 125.00 | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 791.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 8,566.35 | 11,225.00 | 8,566.35 | 120.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | 3,572.29 | 6,230.94 | 0.00 | 0.00 |
| CCS FIRST SAVINGS BANK | Unsecured | 557.00 | NA | NA | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 645.54 | 645.54 | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 137.00 | 220.04 | 220.04 | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 320.00 | 340.83 | 340.83 | 0.00 | 0.00 |
| COMCAST | Unsecured | 508.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 387.00 | 430.86 | 430.86 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 243.00 | 296.11 | 296.11 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 299.00 | 299.17 | 299.17 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 363.00 | 405.60 | 405.60 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 213.00 | 268.44 | 268.44 | 0.00 | 0.00 |
| Credit Cntrl | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST | Unsecured | 676.00 | 676.25 | 676.25 | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 485.00 | NA | NA | 0.00 | 0.00 |
| DENTALWORKS | Unsecured | 62.30 | NA | NA | 0.00 | 0.00 |
| DEVRY INC | Unsecured | 723.35 | 723.35 | 723.35 | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| FIRST AMERICAN BANK | Unsecured | 295.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREIMER BANK | Unsecured | 299.00 | NA | NA | 0.00 | 0.00 |
| Fncc/Legacy Visa | Unsecured | 557.00 | NA | NA | 0.00 | 0.00 |
| GUARANTY BANK | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC BANK | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 4,365.00 | 54,237.10 | 54,237.10 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 106,162.43 | 106,162.43 | 0.00 | 0.00 |
| JEFFERSON CAPTIAL | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPTIAL | Unsecured | 1,113.00 | NA | NA | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | 940.00 | NA | NA | 0.00 | 0.00 |
| KELLER GRADUATE SCHOOL OF MG | Unsecured | 723.00 | NA | NA | 0.00 | 0.00 |
| MAJESTIC STAR CASINO | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MAJESTIC STAR CASINO | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| MB FINANCIAL BANK | Unsecured | 138.91 | NA | NA | 0.00 | 0.00 |
| MCI | Unsecured | 247.44 | NA | NA | 0.00 | 0.00 |
| MEA Sullivan | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| META BANK | Unsecured | 736.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 522.64 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,735.00 | 2,530.62 | 2,530.62 | 0.00 | 0.00 |
| MIGDAL LAW GROUP | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 671.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT | Unsecured | 624.47 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 208,119.00 | 262,326.80 | 262,326.80 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,600.00 | 1,669.23 | 1,669.23 | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 2,614.99 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 430.70 | 430.70 | 430.70 | 0.00 | 0.00 |
| PROGRESSIVE INSURANCE | Unsecured | 364.00 | NA | NA | 0.00 | 0.00 |
| SALUTE VISA | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| SMART SALES & LEASE | Unsecured | NA | 1,847.70 | 1,847.70 | 0.00 | 0.00 |
| SOUTH HOLLAND | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SPRINT PCS | Unsecured | 681.00 | NA | NA | 0.00 | 0.00 |
| TARGET CASH NOW | Unsecured | 625.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 522.40 | NA | NA | 0.00 | 0.00 |
| URBAN TRUST BANK | Unsecured | 638.41 | NA | NA | 0.00 | 0.00 |
| US BANK CORP | Unsecured | 1,487.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 237.86 | 237.86 | 237.86 | 0.00 | 0.00 |
| VERIZON | Unsecured | 522.00 | 512.66 | 512.66 | 0.00 | 0.00 |
| Village of Calumet City | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF CALUMET PARK | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF CALUMET PARK | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF CALUMET PARK | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF CALUMET PARK | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF CALUMET PARK | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF CALUMET PARK | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF ORLAND PARK | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF RIVERDALE | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF RIVERDALE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF RIVERDALE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF RIVERDALE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF RIVERDALE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF RIVERDALE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF RIVERDALE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Village Of South Holland Il | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK/FINGERHUT | Unsecured | 499.00 | 499.09 | 499.09 | 0.00 | 0.00 |
| Wood Forest Bank | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,566.35 | $120.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$8,566.35** | **$120.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $54,237.10 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$54,237.10** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$387,184.22** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $905.00 |
| Disbursements to Creditors | $120.00 |
| **TOTAL DISBURSEMENTS :** | **$1,025.00** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/15/2015                     By: /s/ Tom Vaughn
                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**